# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00716-AP**

**MARILYN BRANDAU,**
**aka MARILYN GRIEGO**

      **Plaintiff,**

      **v.**

**JO ANNE B. BARNHART, Commissioner of Social Security,**

      **Defendant.**

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff Marilyn Brandau:</u>
Chris R. Noel, Esq.
3000 Pearl Street, Suite 105
Boulder, Colorado 80301-2431
Telephone: (303) 449-6503
Fax: (720) 214-1836
E mail: chrisnoel@noelaw.com

<u>For Defendant:</u>
Teresa H. Abbott
Special Assistant United States Attorney

Mailing Address:
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
E-mail: Teresa.Abbott@ssa.gov

Street Address:
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

   **A.**   **Date Complaint Was Filed:**  4/17/06

   **B.**   **Date Complaint Was Served on U.S. Attorney's Office:**  4/24/06

   **C.**   **Date Answer and Administrative Record Were Filed:**  6/23/06

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be vouchsafe until after Plaintiff's Opening Brief is filed.

**Defendant states:**  There are no issues with the accuracy or completeness of the administrative record.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** see Plaintiff's statement in Paragraph 4, above.

**Defendant states:**  None anticipated.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:**  This case does not involve unusual, complicated, or out-of-the-ordinary claims.

**Defendant states:** This case does not involve any unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8.  PROPOSED BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:   8/14/06**

    **B.**    **Defendant's  Response Brief Due:   9/24/06**

    **C.**    **Plaintiff's  Reply Brief Due:   10/10/06**

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Oral Argument is requested.

    **B.**    **Defendant's Statement:**  Oral Argument not requested.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    **A.**    **( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 29th day of June, 2006.

                       BY THE COURT:

                        S/John L. Kane
                       U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone:  (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br>Attorney for Plaintiff Marilyn Brandau | WILLIAM J. LEONE<br>UNITED STATES ATTORNEY<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br><br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/Teresa H. Abbott<br>By: Teresa H. Abbott<br>Special Assistant U.S. Attorney<br>teresa.abbott@ssa.gov<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>Telephone:  (303) 454-0100<br><br>Attorney for Defendant |