IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–00716–EWN

MARILYN GRIEGO BRANDAU,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of
Social Security,

    Defendant.

## ORDER AND MEMORANDUM OF DECISION

This matter comes before the court on Plaintiff's "Unopposed Motion for Payment of Attorney Fees Pursuant to the Equal Access to Justice Act," filed June 14, 2007. Plaintiff's counsel seeks $4,925.00 in fees, representing 23.75 hours of attorney work at a rate of $160 per hour and 22.25 hours of paralegal work at a rate of $50 per hour. Although the fees at issue are uncontested, the court notes that the Equal Access to Justice Act ("EAJA") imposes a statutory cap of $125 per hour, "unless the court determines that an increase in the cost of living or a special factor such as the limited availability of qualified attorneys for the proceedings involved, justifies a higher fee." 28 U.S.C.A. § 2412(d)(2)(A) (West 2007). Plaintiff presents neither evidence nor argument to justify a fee higher than that contemplated by the statute. Nonetheless,

this court has, in another case, determined that the consumer price index shows that what cost $125 in 1996 — the year the EAJA was last amended — should have cost $166 in 2006. What the cost would be in 2007 is immaterial, as Plaintiff's counsel seeks less than the 2006 limit in fees. Accordingly, upon due consideration of the matter, the court finds that Plaintiff is entitled to the attorney and paralegal fees she seeks.

It is therefore ORDERED that Plaintiff's motion for attorney fees (# 16) is GRANTED. Defendant shall pay to Plaintiff attorney fees under the EAJA in the amount of $4,925.00.

Dated this 28th day of September, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge